

# Fourth Court of Appeals
## San Antonio, Texas

December 27, 2017

No. 04-17-00332-CV

**AME & FE INVESTMENTS, LTD.,**
Appellants

v.

**NEC NETWORKS, LLC, DBA CAPTURERX,**
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-11952
Honorable David A. Canales, Judge Presiding

# O R D E R

On October 2, 2017, the court reporter filed a notification of late record requesting an extension of time to file the reporter's record. We granted the court reporter's request and extended the time for filing to November 6, 2017. On November 14, 2017, the clerk of this court was notified by the court reporter via phone that the court reporter would filed a notification of late record, and on November 27, 2017, the court reporter filed a second notification of late record requesting until December 11, 2017 to file the reporter's record. The reporter's record, however, was not filed on that date.

We, therefore ORDER court reporter Luis Duran, Jr. to file the reporter's record no later than **January 8, 2018**. If the reporter's record is not received by such date, an order may be issued directing Luis Duran, Jr. to appear and show cause why she should not be held in contempt for failing to file the record.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of December, 2017.



KEITH E. HOTTLE,
Clerk of Court